**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

|  |  |  |
|---|---|---|
| Cure JM Foundation, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. _____ |
| CureJDM Incorporated and David | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| Anthony Addario, Sr., | ) | |
| Defendants. | ) | |

**COMPLAINT FOR TRADEMARK INFRINGEMENT**

Plaintiff Cure JM Foundation ("Cure JM") files this Complaint against

Defendants CureJDM Incorporated ("Cure JDM") and David Anthony Addario, Sr.

("Addario"), respectfully stating as follows:

**NATURE OF THE COMPLAINT**

1.     This is an action for trademark infringement under the Lanham Act,

15 U.S.C. §§ 1114. Cure JM, a 501(c)(3) nonprofit, raises money to find a cure for

juvenile myositis ("JM") and has several registered trademarks related to its

charitable fundraising. This action arises from Cure JDM's and Addario's

infringement of Cure JM's Trademarks. Although Cure JM is understanding of the

trying times that the Addario family is going through while their son is fighting a

subtype of juvenile myositis ("JM"), known as juvenile dermatomyositis ("JDM"),

there is a right way and wrong way to go about charitable fundraising. And Cure

JDM and Addario are going about it the wrong way—by using Cure JM's Trademarks without Cure JM's consent, despite receiving cease and desist correspondence from Cure JM.

2.     Accordingly, Cure JM seeks a temporary restraining order, preliminary and permanent injunctive relief, monetary damages, attorneys' fees, and such other and further relief as the Court deems just and proper.

## **PARTIES**

3.     Founded in 2003, Plaintiff Cure JM Foundation ("Plaintiff" and/or "Cure JM") is incorporated as a non-profit organization in the State of California. Cure JM is a registered 501(c)(3) non-profit organization. Cure JM's headquarters is located at 19309 Winmeade Drive, Suite 204, Leesburg, Virginia 20176.

4.     Defendant CureJDM Incorporated ("Cure JDM") is a non-profit corporation registered in Florida on June 17, 2026. Cure JDM may be served through its registered agent, Danielle Addario, at 765 Siesta Key Circle, Sarasota, Florida 34242.

5.     In April 2026, Defendant David Anthony Addario, Sr. ("Addario") publicly claimed to have launched what he then called "CureJDM Foundation." He recently served as the incorporator of CureJDM Incorporated, of which Addario also serves as one of three directors, the rest of whom are members of Addario's family. Addario is believed to reside at 765 Siesta Key Circle, Sarasota, Florida 34242, which is where he may be served.

2

## JURISDICTION

6.    This action arises under the Lanham Act, 15 U.S.C. §§ 1114, *et seq*.

7.    This Court has subject matter jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331 and 1338.

8.    This Court has personal jurisdiction over Addario and Cure JDM under Florida's long-arm statute, Fla. Stat. §§ 48.193(1)(A)(1)-(2) (2025), and the United States Constitution. Addario purported to operate a nonprofit by the name of "CureJDM Foundation" in Florida and has promoted and solicited charitable donations in Florida using Cure JM's trademarks.

9.    Addario intentionally directed his infringing conduct at Florida residents by promoting Cure JDM and soliciting donations through social media platforms accessible to and targeted at Florida residents, including by attending and exploiting the Walk Strong for Cure JM event in Tampa, Florida, to solicit donations using Cure JM's Trademarks.

10.    Cure JDM is incorporated in Florida, maintains its principal place of business in Florida, and now operates as a not-for-profit corporation in Florida. Additionally, as alleged further below, Defendants have committed and continue to commit torts, including trademark infringement, in Florida.

11.    Defendants have minimum contacts with Florida that satisfy due process considerations because they reside in, or have their principal place of business in Florida, continually do business and operate in Florida, and market and seek donations in Florida—all of which include use of the trademarks at issue.

Plaintiff's claims arise from and relate to those contacts.

12. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendants reside and conduct business in this District and because a substantial part of the events or omissions giving rise to the claims occurred in and through this District, including the Walk Strong for Cure JM event held in Tampa, Florida, in April 2026, at which Addario used Cure JM's Trademarks to solicit donations for Addario's own benefit and afterwards when Addario incorporated Cure JDM in Florida and sought donations for Cure JDM in Florida using Cure JM's Trademarks.

## Cure JM, its Charitable Efforts, and its Trademarks

13. Cure JM was founded in 2003 by a small group of volunteers—parents and grandparents—who wanted to change the world for children with a rare disease few had ever heard of—juvenile myositis, or JM.

14. JM is a rare autoimmune disease where the body's immune system mistakenly attacks itself—healthy muscle, skin, lungs, and the cardio-vascular system. It is typically diagnosed in children between the ages of three and seven, about a third of whom will have chronic symptoms that do not respond well or at all to current treatments. Medical advancements, many funded by Cure JM, have lowered what was once a 25%-30% U.S. mortality rate to less than 5%.

15. Juvenile myositis, or JM, is a broad umbrella term for rare autoimmune diseases that cause muscle inflammation in children. While JM always features progressive muscle weakness and inflammation, JM is sub-

categorized based on the presence of different symptoms. The two main subtypes of JM are juvenile dermatomyositis (often referred to as "JDM") and juvenile polymyositis (often referred to as "JPM"). JDM, the most frequent subtype of JM, typically presents both muscle weakness and specific skin rashes.

16.    Cure JM is governed by a 17-member volunteer Board of Directors from across the country. Cure JM's board is comprised of parents and grandparents of children with JM, as well as patient advocates, young adults who as children grew up battling JM and who now help lead Cure JM's mission to develop better treatments and a cure for JM, including the JDM subtype.

17.    Cure JM's medical and research program is expertly guided by a ten-member Medical Advisory Board comprised of world-class clinicians and researchers from around the globe. The Medical Advisory Board assists Cure JM, by among other things, setting research goals and selecting grant applications for funding by Cure JM. Cure JM also has a Chief Scientific Officer who oversees Cure JM's numerous research grants and interacts with its researchers.

18.    The engagement of Cure JM families drives the organization's mission. Since its founding in 2003, Cure JM has created more than twenty chapter groups for JM families across the United States, including in Florida, that help connect JM families and secure charitable donations to support Cure JM's research and clinical care mission. Cure JM has provided almost **$30 million** in research funding to major children's research hospitals in the United States, Canada, the United Kingdom, Europe, and Japan. Cure JM has created and funded

5

five Cure JM Centers of Excellence, which are world-class JM research and clinical-care children's hospitals in the United States, and has supported over forty-four children's hospitals as members of Cure JM's Clinical Care Network. These institutions can now provide specialized medical care that a rare disease like JM requires.

19. Cure JM's leadership and fundraising efforts have led to numerous research breakthroughs, as well clinical trials that aim to bring new and better pharmaceutical treatments to JM patients, including patients with JDM, and hopefully a cure for JM.

20. One of Cure JM's major fundraising campaigns is Walk Strong for Cure JM, a series of group walks throughout the country where families register with Cure JM and raise money for Cure JM. In 2026, Cure JM held or will hold twenty Walk Strong for Cure JM events across the United States. On April 11, 2026, Cure JM held its Walk Strong for Cure JM event in Tampa, Florida. This was a large event that required numerous hours of work from JM families in the Tampa area and Cure JM's staff to set up and make it a success. Ultimately, nineteen JM families participated, including Cure JM's co-founder Tom Hume, and approximately 225 individuals attended the Tampa Walk Strong for Cure JM event. Below is a photo from the event:



21.    Cure JM also works with Cure JM families to host DIY fundraising events that are customizable to the interests of the Cure JM family. Cure JM's DIY efforts have turned into successful fundraising campaigns built around such things as golf tournaments, race car driving, and mountain climbing.

22.    Consistent with its fundraising efforts, research goals, family support, donor recognition, and overall goodwill, Cure JM owns the following valid and subsisting federal trademark registrations (referred to as "Cure JM's Trademarks" herein):

| Mark | Reg. No. | Goods/Serv | Reg. Date | First Use |
|---|---|---|---|---|
| Cure JM Foundation | 4831089 | IC 036: Charitable fundraising services for promoting research, education and other activities relating to Juvenile Myositis. | 10/13/2015 | 11/4/2003 |
| Cure JM FOUNDATION | 4836027 | IC 036: Charitable fundraising services for promoting research, education and other activities relating to Juvenile Myositis. | 10/20/2015 | 11/4/2003 |

| Mark | Reg. No. | Goods/Serv | Reg. Date | First Use |
|---|---|---|---|---|
| Walk Strong to Cure JM | 5554080 | IC 036: Charitable fundraising services by means of running and walking events; Charitable fundraising services for promoting research, education and other activities relating to Juvenile Myositis. | 9/4/2018 | 5/01/2016 |
| | 5554084 | IC 036: Charitable fundraising services by means of running and walking events; Charitable fundraising services for promoting research, education and other activities relating to Juvenile Myositis. | 9/4/2018 | 5/1/2016 |
| Walk Strong | 5554081 | IC 036: Charitable fundraising services by means of running and walking events; Charitable fundraising services for promoting research, education and other activities relating to Juvenile Myositis. | 9/4/2018 | 5/01/2016 |
| | 6280794 | IC 036: Charitable fundraising services by means of running and walking events; Charitable fundraising services for promoting research, education and other activities relating to Juvenile Myositis. | 3/2/2021 | 5/01/2020 |

23.     All of Cure JM's Trademarks have acquired incontestable status under the Trademark Act of 1946.

24.     Cure JM uses the Cure JM Foundation trademarks, Registration Nos. 4831089 and 4836027, throughout its charitable operations and its fundraising efforts, including on the Cure JM website (https://www.curejm.org/). Cure JM

8

uses the Walk Strong for Cure JM Trademarks, Registration Nos. 5554080, 5554084, 5554081, and 6280794, on its website and for its Walk Strong for Cure JM events across the United States, including the Walk Strong for Cure JM event in Tampa.

### Defendants and their Activities

25.    After his son was diagnosed with JDM, Addario and his family contacted Cure JM on March 26, 2026, expressing interest in participating in Cure JM's DIY projects and in the Walk Strong for Cure JM event in Tampa planned for April 11, 2026. Cure JM responded immediately by providing Addario and his family with Cure JM's DIY resource and tool kit and by helping Addario set up a walk team for the Walk Strong for Cure JM Tampa event.

26.    The next day, Addario set up a GoFundMe account to raise money for their son's medical bills and other expenses.[1] Although Addario and his family attended the Walk Strong for Cure JM Event in Tampa, Addario raised very little money for Cure JM. Instead, Addario used the Walk Strong for Cure JM event, including Cure JM's Trademarks, to raise money for Addario's GoFundMe account. Ultimately, Addario purportedly raised over $22,000 for his GoFundMe account, using Cure JM's Trademarks, including posting photos from the Walk

---

[1] Cure JM is not opposed to JM families like the Addarios using GoFundMe accounts to raise money to pay medical expenses. But Cure JM does not consent to JM families using Cure JM's Trademarks to solicit donations that go to private GoFundMe accounts. Besides infringing on Cure JM's Trademarks, if Cure JM condoned the practice, then it could jeopardize Cure JM's tax-exempt status under 26 U.S.C. § 501(c)(3).

Strong for Cure JM Tampa event on social media that displayed Cure JM's Trademarks. And some of Addario's posts claim that Cure JM's Walk Strong for Cure JM event was a "JDM Walk," while providing links to Addario's GoFundMe account and showing Cure JM's Trademarks. Below are some of Addario's posts:



David Anthony Addario, Sr., *Today was Incredible* ❤️ , FACEBOOK (April 11, 2026),  https://www.facebook.com/share/r/17hfPD4ppZ/.



David Anthony Addario, Sr., *$20,010 ❤️ Thank you*, FACEBOOK (April 15, 2026), https://www.facebook.com/share/p/1EXMNtrSQ6/.

27.     Addario's social media posts surrounding the Walk Strong event in Tampa deliberately created an impression that Addario is raising money for Cure JM when he was actually raising money for his GoFundMe account.

28.     After the Tampa Walk Strong for Cure JM event, Addario decided to take the usage of Cure JM's Trademarks a step further. Trading on Cure JM's

goodwill and Trademarks, on April 20, 2026, Addario publicly announced on Facebook that he was officially launching the "CureJDM Foundation" and setting a $50,000 fundraising goal, while claiming $21,800 raised at that point. David Anthony Addario, *Infusion Day for Dash*, FACEBOOK (April 20, 2026), https://www.facebook.com/share/p/17p8PH5TcK/. Addario's Facebook post also provided a link to a newly created website, https://curejdm.org/families.

29.    Under 26 U.S.C. § 501(c)(3), nonprofits are prohibited from raising money for private benefit or the inurement of an insider's family, but that is exactly what Addario and Cure JDM purport to do. Throughout the latter part of April and all of May, Addario promoted the curejdm.org website in numerous social media posts. Although the curejdm.org website claimed that it is a nonprofit organization, it also states that 95 percent of all money raised will go directly to families. The problem, however, is that the website is currently set up to raise money for only one family: the Addario family. *Family Campaigns*, https://curejdm.org/families (last visited July 6, 2026). Upon information and belief, Addario's "CureJDM Foundation" was using Addario's GoFundMe account as the sole account for which donations were being sought and deposited into. Addario admitted as much in Instagram posts, stating explicitly that the Cure JDM donations would go to his son. David Addario, *Join Dash's Army*, INSTAGRAM (April 23, 2026), https://www.instagram.com/p/DXfGwNek-JT/?igsh=MTRkdnhsZ3hnMzV2Zg== ("Donate to Dash: https://curejdm.org/families/dash-addario-the-addario-family").

12

30.    Recognizing that Addario's "CureJDM Foundation" and curejdm.org website infringed on Cure JM's Trademarks, in May 2026, Cure JM's trademark counsel reached out to Addario to request that he change the name of his organization and that Addario cease and desist using Cure JM's Trademarks. Addario refused. When pressed about whether CureJDM Foundation actually existed, Addario represented that the organization did in fact exist, but refused to provide any proof that it actually existed.

31.    It appears Addario was not telling the truth about CureJDM Foundation actually existing in May 2026. Otherwise, he would not have needed to incorporate CureJDM Incorporated on June 17, 2026, of which he now serves as a director along with other members of the Addario family. Significantly, Addario incorporated CureJDM Incorporated *after* Cure JM asked that he cease and desist infringing on Cure JM's Trademarks, and Addario did so with full knowledge of Cure JM's Trademarks.

32.    Although "CureJDM Incorporated" has no space between "Cure" and "JDM," the curejdm.org website displays the name as "Cure JDM" with a space between "Cure" and "JDM". https://curejdm.org/ (last visited July 6, 2026). Likewise, the curejdm.org website does not display the "Incorporated" in "CureJDM Incorporated" anywhere on the website. *Id.*

33.    The words "Cure JM" are the dominant part of the Cure JM's Trademarks Registration Nos. 4831089 and 4836027.  Defendants' use of "Cure JDM," regardless of whether there is a space between the two words, is simply too

13

close to the dominant part, "Cure JM," of Cure JM's Trademarks. And there is no question that Addario and Cure JDM are usurping and trading on Cure JM's good reputation, goodwill, and Cure JM's Trademarks instead of attempting to start a nonprofit from scratch. Addario and Cure JDM's misappropriation of Cure JM's Trademarks violates Cure JM's trademark rights and unjustly enriches Addario and Cure JDM.

34.     Addario's and Cure JDM's wrongful use of Cure JM's Trademarks is likely to cause confusion, or to deceive potential donors, families with any form of JM, including JDM, researchers, and hospitals, all of whom are likely to mistakenly assume that Cure JDM shares a source or affiliation with or enjoy the approval or sponsorship of Cure JM. Because Cure JM has absolutely no control over Addario's and Cure JDM's use of the Cure JM's Trademarks, that improper and unauthorized use creates a risk of dilution of, and damage to, the goodwill associated with Cure JM's Trademarks.

35.     Cure JM's donors, potential donors, researchers, hospitals, and JM families, including those with children who have the JDM subtype, have become familiar with Cure JM's well-known Trademarks, but Addario's and Cure JDM's usage of Cure JM's Trademarks is likely to cause donors to believe that Cure JDM originates from Cure JM, is sponsored or approved by Cure JM, or is otherwise affiliated or associated with Cure JM.

36.     Defendants' selection of the "Cure JDM" name was intentional and designed to trade on Cure JM's established goodwill and to divert donations from

14

Cure JM to Defendants.

37.     Cure JDM's and Addario's infringing use of the Cure JM Trademarks harms the distinctiveness and goodwill associated with Cure JM's Trademarks and interferes with Cure JM's ability to maintain exclusive control over the use of its Cure JM's Trademarks. As a direct and proximate result of Cure JDM's and Addario's actions, Cure JM has been and will continue to be injured, including through irreparable harm to its goodwill and the distinctiveness of Cure JM's Trademarks and through the loss of the ability to maintain exclusive control over the Trademarks' use when fundraising.

38.     As a direct result of Defendants' infringement, Cure JM has suffered economic injury, including the diversion of donations that would otherwise have been made to Cure JM, damage to the value and distinctiveness of Cure JM's Trademarks, and the expenditure of resources to address Defendants' infringing conduct.

39.     Addario personally benefited from the infringement of Cure JM's Trademarks.  Donations solicited using Cure JM's Trademarks were deposited into Addario's personal GoFundMe account, over which Addario exercised sole control.

40.     Addario publicly stated on Instagram that 95% of donations to Cure JDM, through the curejdm.org website, would be put towards his family's expenses.

41.     Addario's infringement of Cure JM's Trademarks began in March 2026—months before Cure JDM was incorporated on June 17, 2026. From March

26, 2026, through at least June 16, 2026, Addario personally used Cure JM's Trademarks to solicit donations without any corporate entity.

42. Addario had actual knowledge of Cure JM's Trademarks from at least March 26, 2026, when he contacted Cure JM to participate in its programs. After receiving cease-and-desist correspondence from Cure JM's trademark counsel in May 2026, Addario declined to cease using Cure JM's Trademarks.

43. Addario was the moving, active, and conscious force behind Cure JDM's infringement of Cure JM's Trademarks.  At all relevant times, Addario had the right and ability to supervise and control the infringing activities. Upon information and belief, Addario personally controlled the curejdm.org website, the Cure JDM social media accounts, and the GoFundMe account into which donations were deposited.

## COUNT I

### Trademark Infringement – 15 U.S.C. § 1114
**Against CureJDM Incorporated and David Anthony Addario, Sr.**

44. Cure JM restates the allegations set forth in paragraphs 1 through 43 as if fully set forth herein.

45. Cure JM is the owner of valid and subsisting federal registrations for Cure JM's Trademarks.

46. The registrations for Cure JM's Trademarks are incontestable under 15 U.S.C. § 1065, which provides conclusive evidence of Cure JM's exclusive rights concerning the Cure JM's Trademarks in connection with fundraising for

16

charitable endeavors identified in those registrations.

47.    Defendants have used in commerce Cure JDM and CureJDM marks that are a colorable imitation of, and are confusingly similar to, one or more of the Cure JM Trademarks.

48.    Defendants' use of the Cure JDM and CureJDM marks has been and is without the consent, authorization, or approval of Cure JM.

49.    Defendants use the infringing Cure JDM and CureJDM marks in connection with fundraising for nonprofits.

50.    Defendants' use of the infringing Cure JDM and CureJDM marks is likely to cause confusion, mistake, or deception among donors, potential donors, researchers, hospitals, and JM families as to the source, sponsorship, affiliation, or approval of Defendants' charitable endeavors.

51.    Defendants' conduct constitutes trademark infringement in violation of 15 U.S.C. § 1114.

52.    Defendants' infringement has been willful, in that Defendants continued to use the infringing Cure JDM and CureJDM marks after receiving notice of Cure JM's rights and claims.

53.    As a direct and proximate result of Defendants' infringement, Cure JM has suffered and will continue to suffer irreparable harm, and Cure JM has no adequate remedy at law for such injury.

54.    Cure JM is entitled to injunctive relief, damages in an amount to be determined at trial, treble damages for willful infringement, costs, and attorneys'

fees to the extent permitted by 15 U.S.C. § 1117.

## **PRAYER FOR RELIEF**

WHEREFORE, Cure JM respectfully requests that the Court enter judgment in its favor and against Defendants and grant the following relief:

A.   Find that Defendants willfully violated Sections 1114(1) of the Lanham Act, 15 U.S.C. §1051 *et seq.*;

B.   Preliminarily and permanently enjoin Defendants and their officers, members, agents, employees, affiliates, successors, and assigns, and all persons in active concert or participation with them, from using the infringing Cure JDM and CureJDM marks or any Walk Strong mark confusingly similar to one or more of the marks that comprise the Cure JM Trademarks;

C.   Enter an order requiring Defendants to remove the infringing Cure JDM and CureJDM marks and Cure JM's Trademarks from all websites, social media accounts, online platforms, digital materials, marketing and advertising materials, and all other donor facing content including but not limited to physical signage and other printed materials;

D.   Pursuant to 15 U.S.C. § 1118, enter an order requiring Defendants to destroy or remove all materials in its possession, custody, or control that bear the infringing Cure JDM and CureJDM marks, and Cure JM's Trademarks, or any other mark confusingly similar

18

to one or more of the marks that comprise the Cure JM Trademarks;

E.   Order Defendants to pay the damages suffered by Cure JM, in an amount to be determined at trial, and treble damages to the extent permitted by 15 U.S.C. § 1117;

F.   Order that, pursuant to 15 U.S.C. § 1117, including as an "exceptional case" under 15 U.S.C. § 1117(a), Plaintiff be awarded monetary relief for Defendants' trademark infringement, including (a) all profits received by Defendants from donations using the offending marks or Cure JM's Trademarks, less only proven elements of cost or deduction; (b) all damages sustained by Plaintiff as a result of Defendants' actions;

G.   Enter an order finding that this is an exceptional case and an award to Cure JM of its reasonable attorneys' fees, together with costs and disbursements of this action, pursuant to 15 U.S.C. § 1117;

H.   Pursuant to 15 U.S.C. §1116, order Defendants to file with this Court and serve on Plaintiff within thirty (30) days after issuance of an Order, a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with the Order;

I.   Order an award of pre-judgment and post-judgment interest at the maximum rates allowed by law; and such other and further relief

19

as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Cure JM Foundation hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: July 7, 2026

**SHUMAKER, LOOP & KENDRICK, LLP**

/s/ *Jeff Fabian*
Jeff Fabian, Lead Counsel
Florida Bar No. 85868
jfabian@shumaker.com
mdesilles@shumaker.com
101 East Kennedy Boulevard
Suite 2800
Tampa, Florida 33602
Telephone: (813) 229-7600

**AHMAD, ZAVITSANOS & MENSING, PLLC**

/s/ *Timothy C. Shelby*
Timothy C. Shelby
State Bar No. 24037482
Federal ID No. 39044
tshelby@azalaw.com
Jordan Warshauer
State Bar No. 24086613
Federal ID No. 2994699
jwarshauer@azalaw.com
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: (713) 655-1101
Fax: (713) 655-0062

*Attorneys for Cure JM Foundation*